■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER M. MANCUSO, Appellant. [901 NYS2d 895]—Appeal from a judgment of the Supreme Court, Monroe County (Stephen R. Sirkin, A.J.), rendered May 1, 2007. The judgment convicted defendant, upon his plea of guilty, of attempted criminal possession of a weapon in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Martoche, Sconiers, Green and Gorski, JJ.